No. 92–9. GENERAL MOTORS ACCEPTANCE CORP. *v.* MITCHELL ET UX. C. A. 9th Cir. Motion of American Financial Services Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–14. ROCHMAN ET AL. *v.* NORTHEAST UTILITIES SERVICE CO. ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 92–27. GOULD *v.* P. T. KRAKATAU STEEL. C. A. 8th Cir. Motion of Arkansas for leave to file a brief as *amicus curiae* denied. Certiorari denied.

No. 92–38. CHRYSLER CORP. *v.* INTERNATIONAL UNION, ALLIED INDUSTRIAL WORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 7th Cir. Motions of Equal Employment Advisory Council and Florida Association for Women Lawyers et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 92–76. INDUSTRIA PANIFICADORA, S. A., ET AL. *v.* UNITED STATES; and DISTRIBUIDORA COMERCIAL VICKY, S. A., ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Motion of petitioners to consolidate these cases with No. 92–425, *Goldstar (Panama), S. A., et al.* v. *United States;* and *Mauricio Deportes, S. A., et al.* v. *United States,* and No. 92–399, *Lindo & Maduro, S. A., et al.* v. *United States,* denied. Certiorari denied. Reported below: 294 U. S. App. D. C. 137, 957 F. 2d 886 (first case); 297 U. S. App. D. C. 302, 971 F. 2d 765 (second case).

No. 92–110. CITY OF EL PASO *v.* WOODALL ET AL. C. A. 5th Cir. Motion of National Institute of Municipal Law Officers for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–122. CITY OF VERNON *v.* SOUTHERN CALIFORNIA EDISON CO. C. A. 9th Cir. Motion of American Public Power Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–135. SAN FILIPPO *v.* BONGIOVANNI ET AL. C. A. 3d Cir. Motion of Rutgers Council of AAWP Chapters et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.